Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, CORINA FARIAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORINA FARIAS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>  Defendant | **Case No.: CV 13-8409 FFM**<br><br>{**PROPOSED**} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $4,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: December 22, 2015

/S/ FREDERICK F. MUMM
THE HONORABLE FREDRICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-